

# Fourth Court of Appeals
## San Antonio, Texas

August 08, 2013

No. 04-13-00215-CR

Ronnie **ZIEGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9083W
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On August 8, 2013, this Court issued a memorandum opinion dismissing appellant's appeal pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure. The same day, appellant filed a motion to expedite the issuance of the mandate. *See* TEX. R. APP. P. 18.1(c). Because we find good cause to expedite the issuance of the mandate, we GRANT appellant's motion. The clerk of the court is instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court